1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:22-cr-234 WBS

12                        Plaintiff,       ORDER DIMISSING THE
                                           INFORMATION AND RECALLING
13  v.                                     THE BENCH WARRANT

14  EDUARDO CASTILLO

15                        Defendant.

16

17
        For good cause shown, the Court, pursuant to Rule 48(a), now dismisses the Information
18
    (ECF 1) without prejudice and recalls the bench warrant (ECF 4) against EDUARDO CASTILLO.
19

20
    IT IS SO FOUND AND ORDERED.
21

22  Dated:  December 5, 2022                _____
                                            WILLIAM B. SHUBB
23                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28